UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ISAAC CASTRO, and MISADAY MANIERO,

        Plaintiffs,

vs.                       Case No.  2:08-cv-134-FtM-99DNF

NEWPORT BAY CORPORATION, a  Florida
corporation,

        Defendant.

_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of the
Magistrate Judge's Report and Recommendation (Doc. #31), filed
September 4, 2008, recommending that defendant's Motion to Dismiss
Complaint, or to Stay or Abate and Compel Arbitration (Doc. #10) be
granted in part and denied in part, that the parties be directed to
arbitrate, the case be stayed pending arbitration, the motion to
dismiss be denied, and the file be administratively closed.  No
objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the magistrate judge's report and recommendation.  28 U.S.C. §
636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982),
<u>cert. denied</u>, 459 U.S. 1112 (1983).  In the absence of specific
objections, there is no requirement that a district judge review
factual findings <i>de novo</i>, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9
(11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations.  28 U.S.C. §
636(b)(1)(C).   The district judge reviews legal conclusions *de
novo*, even in the absence of an objection.  See <u>Cooper-Houston v.
Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro
Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993),
<u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and
upon due consideration of the Report and Recommendation, the Court
accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #31) is hereby **adopted**
and the findings are incorporated herein.

2.  Defendant's Motion to Dismiss Complaint, or to Stay or
Abate and Compel Arbitration (Doc. #10) is **GRANTED IN PART AND
DENIED IN PART**.  The motion is denied as to the motion to dismiss
and granted as to the motion to stay and compel arbitration.

3.  The parties shall proceed to arbitration and the case is
**stayed** pending arbitration.

4.  The Clerk shall administratively close the case until
notification by the parties that the case is due to be reopened or
dismissed.  The parties shall file a status report every **NINETY
(90) DAYS** during the pendency of the arbitration.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of
September, 2008.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties